374 A.2d 725

Patterson, et ux. v. Municipal Authority of Westmoreland County, Appellant.

638

■ Argued April 12, 1977.  Thomas R. Ceraso, with him Charles F. Wade, for appellant;  Frank C. Carroll, with him George R. Sewak, for appellees.

Order affirmed.

VAN der VOORT, J., absent.